UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN  DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>TRANELLE R. JONES,<br>　　　　　　　　　　　　　Debtor<br><br>NAVY FEDERAL CREDIT UNION<br>　　　　　　　　　　　　　Movant<br><br>KENNETH E. WEST,<br>　　　　　　　　　　　　　Respondent | Case No.:  21-12852 AMC<br><br>Chapter:   13<br><br>Stipulation Docket No. 32<br><br>Order Granting Stipulation Docket No. 33 |

**<u>CERTIFICATION OF DEFAULT</u>**

　　　　This is to certify that in accordance with Paragraph 3 of the Stipulation entered on the docket on May 18, 2023 (see Exhibit "A"), Debtor has failed to make regular post-petition payments for April, 2026 through and including June, 2026 with each payment in the amount of $1,652.00; for a total default due in amount of $4,956.00. This is to also certify that Applicant, Navy Federal Credit Union by way of their attorney's, served a fourteen (14) day written notice to cure the delinquency as required under Paragraph 10 of the Stipulation to Debtor's attorney and Debtor by way of his attorney. The Debtor has not cured the delinquency within the fourteen (14) days written notice (see Exhibit "B")  which entitles Navy Federal Credit Union to immediate relief from the automatic stay in order to exercise any and all of its state law rights and remedies against the Debtor, including, but not limited to, foreclosure and execution on the real property, with improvements, located at <u>110 CAMERON ROAD, WILLOW GROVE, PA 19090.</u>

Dated: June 18, 2026　　　　　　　　　　*/s/ Tammy L. Terrell Benoza*
　　　　　　　　　　　　　　　　　　　　Tammy L. Terrell Benoza, Esq.